LINEWEAVER v. WRIGHT.

*Appeal from Des Moines Circuit Court — Thursday, October 9.*

PRACTICE.

ACTION upon an account originally brought before a justice of the peace. The defendant denied the account and any indebtedness thereon. On the trial before the justice, the plaintiff recovered a judgment. The defendant appealed to the circuit court, where another trial was had with a like result. The defendant again appeals.

*M. D. & H. O. Browning* and *S. K. Tracey* for the appellant—*T. B. Snyder* for the appellee.

COLE, J. — The only questions made by the appellant's counsel arise upon the evidence and the instructions, and there is not one word of the evidence nor a single instruction contained in the abstract. Under our rules, therefore, no question is properly presented for our consideration. See " Statute and Rules regulating practice in the Supreme Court," 27 Iowa, 569, especially § 20 *et seq.*, p. 573-4, and amendments, 7 West. Jurist, Sept. No. 1873; *Ping* v. *Cockyne*, present term.

Affirmed.